In the Matter of JOHN M. IRWIN, Appellant, v ONONDAGA COUNTY RESOURCE RECOVERY AGENCY et al., Respondents. (Appeal No. 1.) [894 NYS2d 925]—Appeal from a judgment (denominated order) of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered August 19, 2008 in a proceeding pursuant to CPLR article 78. The judgment, insofar as appealed from, denied in part the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051 [1990]). Present—Scudder, P.J., Centra, Fahey, Green and Gorski, JJ.